UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.                                                Case No. 23-30166
                                          Originating No.  23CR19

**ANTONIO G. WILSON,**

        Defendant.
_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the

United States of America hereby petitions the Court for an order transferring defendant

**ANTONIO G. WILSON,** to answer to charges pending in another federal district, and

states:

1.   On **April 20, 2023,** defendant was arrested in the Eastern District

Michigan in connection with a federal arrest warrant issued in the **Eastern District of**

**Tennessee based on an Indictment**.  Defendant is charged in that district with

violations of **21 USC Sections 846 and 841(a)(1) – Conspiracy to Distribute**

**Fentanyl, Heroin and Cocaine**

2.  Rule 5 requires this Court to determine whether defendant is the person

named in the arrest warrant and is entitled to a preliminary examination as described in

Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney


*s/Sarah Resnick Cohen*
SARAH RESNICK COHEN
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: April 20, 2023